Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD FLINT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY STEWART, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>Jury Trial Demanded |

Plaintiff, Leonard Flint ("Flint"), hereby prays to this honorable Court for relief based on the following acts of alleged copyright infringement:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and

omissions giving rise to the claims occurred and Defendants and/or Defendants' agents reside or may be found in this judicial district.

## PARTIES

4. Plaintiff Flint is an individual residing in Texas.

5. Upon information and belief, Defendant Ashley Stewart, Inc. is a Delaware corporation with a principal address located at 150 Meadowlands Parkway, Secaucus, New Jersey 07094, is registered with the California secretary of state, and does business in and with the state of California including through store locations in Los Angeles County.

6. Upon information and belief, Flint alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Flint's copyrights, have contributed to the infringement of Flint's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of DOES 1 through 10, inclusive, are presently unknown to Flint, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7. Upon information and belief, Flint alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Flint's rights and the damages to Flint proximately caused thereby.

## CLAIMS RELATED TO SUBJECT WORK

8. Flint is an artist who specializes in digital art. His work has been featured in numerous publications and galleries.

9.  Flint created and owns the original work depicted herein below ("Subject Work"):

**SUBJECT WORK**



10. Flint is the sole and exclusive owner of all rights, including copyrights, in and to the Subject Work, and has registered the Subject Work with the United States Copyright Office.

11. Prior to the acts complained of herein, Flint widely publicly displayed the Subject Work.

12. Upon information and belief, Flint alleges that, without Flint's authorization, Defendants, and each of them, created, sold, manufactured, caused to be manufactured, imported and/or distributed products that bear artwork identical or substantially similar to the Subject Work ("Infringing Products").

13. Below are exemplars of the Infringing Product, which feature artwork incorporating at least a portion of the unauthorized copy of the Subject Work:

| **INFRINGING PRODUCT EXEMPLAR** |
|---|
| *Screenshot from ashleystewart.com showing "Portrait Knotted Graphic Tee" with 5-star rating and 2 Reviews, modeled on a woman.* |

14. Defendants, and each of them, had access to the Subject Work including, without limitation, through (a) viewing Flint's online portfolio and online profiles, publications, and features and (b) products manufactured and sold to the public with the Subject Work lawfully printed by Flint for his customers.

15. Defendants, and each of them, infringed Flint's copyrights by creating, making, and/or developing directly infringing and/or derivative works from the Subject Work and by producing, distributing and/or selling products which infringe the Subject Work through a network of retail stores, catalogues, and through online websites.

16. Due to Defendants' acts of infringement, Flint has suffered damages in an amount to be established at trial.

17. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Work. As such, Flint is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendants' infringement of Flint's rights in the Subject Work in an amount to be established at trial.

18. Flint sent correspondence to Ashley Stewart demanding that it cease-and-desist from its exploitation of the Subject Work. Unfortunately, Ashley Stewart continued to sell the Infringing Product after being put on notice of the claims made herein, and the parties were unable to reach a pre-litigation resolution, necessitating this action.

19. Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Flint will make an election between actual damages and statutory damages.

# PRAYER FOR RELIEF

WHEREFORE, Flint prays for judgment as follows:

a. That Defendants, each of them, their respective agents, employees, and/or anyone else working on behalf of or in concert with Defendants or their respective agents, be enjoined from further exploiting the Subject Work for commercial purposes in any manner without Flint's authorization absent some independent legal right;

b. That Flint be awarded all profits of Defendants, and each of them, plus all losses of Flint, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 504;

c. That a trust be imposed over the revenues or other proceeds realized by Defendants, and each of them, through the sales or distribution of the products at issue;

d. That Flint be awarded his attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

e. That Defendants, and each of them, account to Flint for their profits and any damages sustained by Flint arising from the foregoing acts of infringement;

f. That Flint be awarded his costs and fees under the statutes set forth above;

g. That Flint be awarded statutory damages and/or penalties under the statutes set forth above;

h. That Flint be awarded pre-judgment interest as allowed by law;

i. That Flint be awarded the costs of this action; and

      j.   That Flint be awarded such further legal and equitable relief as the Court deems proper.

## JURY DEMAND

Flint demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: December 31, 2025                               Respectfully submitted,

                                                                        By:   /s/ Stephen M. Doniger
                                                                                 Stephen M. Doniger, Esq.
                                                                                  Nelson A. Campbell, Esq.
                                                                                  DONIGER / BURROUGHS
                                                                                  Attorneys for Plaintiff